IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GERALD THOMAS PONDER                                                                           PLAINTIFF

V.                                         CIVIL No. 1:13-cv-01088

DISTRICT COURT JUDGE
GEORGE VANHOOK; UNION
COUNTY SHERIFF'S DEPARTMENT;
EL DORADO POLICE DEPARTMENT;
CAPTAIN MITCHELL; JOHN CASHION;
BRIAN BAHER; TREY PHILLIPS;
REGINOLD W. BOUND; CARLA GIBSON;
and LEE WARD                                                                                   DEFENDANTS

**ORDER**

Plaintiff filed this section 1983 case *pro se* and *in forma pauperis* on November 13, 2013. Currently before the Court is Plaintiff's Motion for Extension of Time to File Amended Complaint. ECF No. 11. In this Motion, Plaintiff requests additional time to file the Court directed Amended Complaint pursuant to the Court's December 10, 2013 Order (ECF No. 9). Plaintiff explains in his Motion that he was released from jail and suffered an illness that prevented him from meeting the Court's January 6, 2013 deadline. This case is not currently set for a trial or hearing, the Motion does not appear to be filed with the purpose of harassment or delay, and neither party will be prejudice by granting the requested extension.

The Court finds good cause for the extension is shown. Accordingly, the Motion for Extension of Time to File Amended Complaint (ECF No. 11) is hereby **GRANTED.** Plaintiff is **DIRECTED** to file his Amended Complaint pursuant to the instructions given in the Court's December 10, 2013 Order by **February 25, 2014.**

**IT IS SO ORDERED** this 4th day of February 2014.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE